UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROSE WANJIKU MWANIKI, | Case No. C18-563-RAJ-JPD |
| Plaintiff, | |
| v. | REPORT AND RECOMMENDATION |
| BRYAN S. WILCOX, et al., | |
| Defendants. | |

This is an immigration habeas action. The parties have filed a joint stipulation and proposed order of dismissal. Dkt. 4. Based on the parties' stipulation, the Court recommends that the joint stipulation be GRANTED and this action be DISMISSED with prejudice and without fees or costs to either party. The Clerk shall note this matter as immediately ready for the consideration of the Honorable Richard A. Jones.

Dated this 30th day of May, 2018.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION - 1